FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2022

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KERSHAWN GRIGSBY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SENTRY CREDIT INC., a Washington Collection Agency, and TRANS UNION LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Defendants. | No. 2:22-CV-00051-MKD<br><br>ORDER DENYING JOINT AGREED MOTION TO DISMISS TRANS UNION, LLC<br><br>**ECF No. 22** |

Before the Court is Plaintiff Kershawn Grigsby and Defendant Trans Union, LLC's ("Trans Union") Joint Agreed Motion to Dismiss Trans Union, LLC, ECF No. 22.  Plaintiff and Trans Union represent that the matters between them have settled and request that Plaintiff's cause against Trans Union be dismissed.  *See also* ECF No. 21.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a Plaintiff may dismiss an action by filing a stipulation of dismissal by all parties who have appeared.  The motion

ORDER DENYING JOINT AGREED MOTION TO DISMISS TRANS UNION, LLC - 1

to dismiss Trans Union is signed by counsel for Plaintiff and by counsel for Trans Union. Defendant Sentry Credit, Inc., ("Sentry Credit") has appeared, ECF No. 7, and has not signed the motion or otherwise stipulated to Trans Union's Dismissal on the record.

Pursuant to Fed. R. Civ. P. 41(a)(2), an action may be dismissed at the plaintiff's request "only by court order, on terms that the court considers proper." The parties have not suggested terms upon which the Court can grant dismissal of Plaintiff's claims without the consent of Sentry Credit.

Accordingly, **IT IS ORDERED:**

1. The Joint Agreed Motion to Dismiss Trans Union, LLC, **ECF No. 22**, is **DENIED without prejudice** to a refiling accompanied by (1) a signature on behalf of Sentry Credit, or (2) terms supporting dismissal without the express assent of Sentry Credit.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to counsel.

DATED December 30, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER DENYING JOINT AGREED MOTION TO DISMISS TRANS UNION, LLC - 2