FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KERSHAWN GRIGSBY,<br><br>          Plaintiff,<br><br>  v.<br><br>SENTRY CREDIT INC., a Washington Collection Agency,<br><br>          Defendant. | No. 2:22-CV-00051-MKD<br><br>ORDER ON JOINT AGREED MOTION TO DISMISS TRANS UNION, LLC<br><br>**ECF No. 27** |

Before the Court is the parties' Joint Agreed Motion to Dismiss Trans Union, LLC. ECF No. 27. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The parties stipulate and agree to the dismissal of Plaintiff's causes of action against Defendant Trans Union, LLC, with prejudice, each party to bear their own attorney's fees and costs. The stipulation is signed by counsel for all parties who have appeared.

ORDER ON JOINT AGREED MOTION TO DISMISS TRANS UNION, LLC - 1

Accordingly, **IT IS ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiff's causes of action against Defendant Trans Union, LLC, are **DISMISSED with prejudice**, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **TERMINATE** Defendant Trans Union, LLC, as a defendant in this action. The case caption set forth in this Order shall be applied to all future pleadings.

DATED January 11, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE