FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KERSHAWN GRIGSBY,<br><br>                   Plaintiff,<br><br>   v.<br><br>SENTRY CREDIT INC., a Washington Collection Agency,<br><br>                   Defendant. | No. 2:22-CV-00051-MKD<br><br>ORDER DISMISSING CASE<br><br>**ECF No. 68** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice, ECF No. 68. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared. The parties stipulate and agree to the dismissal of Plaintiff's causes of action against Defendant Sentry Credit, Inc., with prejudice, each party to bear their own attorney's fees and costs. The stipulation is signed by counsel for Plaintiff and Defendant Sentry Credit, Inc. All

ORDER - 1

other defendants have been dismissed, and the instant motion to dismiss disposes of the remaining claims in this case.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. 68**, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this case is **DISMISSED with prejudice** and without an award of fees or costs.

3. All pending deadlines and hearings are **STRICKEN**.

4. All pending motions, including **ECF Nos. 36, 37, 38, 41, and 49,** are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** this case.

DATED October 24, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2